**ANDERSON et ux. v. SCOTT.**

No. 2072.

Court of Civil Appeals of Texas. Eastland.

Dec. 6, 1940.

Clayton W. Feild, Jr., of Marshall, for appellants.

Percy Woodard, of Marshall, for appellee.

LESLIE, Chief Justice.

This was a suit in trespass to try title. The defendant entered a general demurrer, general denial, plea of not guilty, etc. The trial resulted in a judgment in favor of the defendant that plaintiffs take nothing, etc. The plaintiffs appeal by affidavit of inability to pay costs. Neither litigant has briefed the case in this court, and the appeal is therefore dismissed on the authority of Haynes v. Radford Groc. Co., 118 Tex. 277, 14 S.W.2d 811. It is so ordered.